```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 08203
   CURTIS LOTT
   RHONDA R LOTT                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-5600    SSN XXX-XX-2895


---------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 04/04/08 .

   2.   The case was dismissed without confirmation, 09/19/2008.

   3.   The Debtor paid a total of $   1250.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACC CONSUMER FINANCE | SECURED VEHIC | .00 | .00 | 500.00 |
| GREENWICH FINANCE | SECURED VEHIC | .00 | .00 | 125.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCEONE | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CHECK & GO | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |

```
ILLINOIS STUDENT ASSIST    UNSECURED      NOT FILED              .00           .00
ILLINOIS STUDENT ASSIST    UNSECURED      NOT FILED              .00           .00
ILLINOIS STUDENT ASSIST    UNSECURED      NOT FILED              .00           .00
KCA FINANCIAL SERVICES     UNSECURED      NOT FILED              .00           .00
MAGE & PRICE               UNSECURED      NOT FILED              .00           .00
ADVENTISTS                 UNSECURED      NOT FILED              .00           .00
EDWARD HOSPITAL            UNSECURED      NOT FILED              .00           .00
MERCHANTS CREDIT GUIDE     UNSECURED      NOT FILED              .00           .00
MERCHANTS CREDIT GUIDE     UNSECURED      NOT FILED              .00           .00
MIDNIGHT VELVET            UNSECURED      NOT FILED              .00           .00
NATCREADJ                  UNSECURED      NOT FILED              .00           .00
INTERNATIONAL FINANCE      UNSECURED      NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED              .00           .00
CAPITAL ONE                UNSECURED      NOT FILED              .00           .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED              .00           .00
NICOR GAS                  UNSECURED      NOT FILED              .00           .00
RECEIVABLES MANAGEMENT I   UNSECURED      NOT FILED              .00           .00
UNITED ACCOUNTS INC        UNSECURED      NOT FILED              .00           .00
PAYDAY LOAN STORE          UNSECURED      NOT FILED              .00           .00
VILLAGE OF OAK PARK        UNSECURED      NOT FILED              .00           .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|--------:|---------:|----------:|------:|------:|
| TOTAL CLMS ALLOWED |     .00 |      .00 |       .00 |   .00 |   .00 |
| PRINCIPAL PAID     |  625.00 |      .00 |       .00 |   .00 | 625.00 |
| INTEREST PAID      |     .00 |      .00 |       .00 |   .00 |   .00 |
| TOTAL PAID         |  625.00 |      .00 |       .00 |   .00 | 625.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    3500.00
and was paid $     16.00   direct and $      552.48   through the plan.

The Trustee received $      72.52 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/17/08                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                         PAGE  3
     CASE NO. 08 B 08203 CURTIS LOTT & RHONDA R LOTT
```